The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LUKE HARTSOCK, individually and on behalf of all other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC d/b/a ZELLE,<br><br>Defendants. | Case No. 2:22-cv-00759-JCC<br><br>**PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Local Court Rule 3(h), Plaintiff Luke Hartsock gives notice that the Complaint filed in this action involves a material part of the same subject matter and the same defendant parties of another putative class action currently pending before the United States District Court for the Central District of California, *Jessica L. Stock v. Wells Fargo & Company, et al.*, No. 8:22-cv-00763 (C.D. Cal. filed April 5, 2022).

Both *Stock* and this case are putative class action lawsuits arising out of harm to Wells Fargo Bank customers from using Zelle's mobile banking application. Both cases involve Defendants Wells Fargo & Company, Wells Fargo Bank, N.A., and Early Warning Services, LLC d/b/a Zelle, and the cases have two overlapping legal claims.

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDINGS - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Plaintiff Hartsock's counsel has contacted counsel for Plaintiff Stock and states that coordination between the two actions may avoid conflicts, conserve resources and promote an efficient determination of the action.

RESPECTFULLY SUBMITTED this 6th day of June 2022.

                KELLER ROHRBACK L.L.P.

                By: *s/ Laura R. Gerber*

                   Laura R. Gerber, WSBA No. 34981
                   Nathan L. Nanfelt, WSBA No. 45273
                   1201 Third Avenue, Suite 3200
                   Seattle, WA 98101
                   Phone: (206) 623-1900
                   lgerber@kellerrohrback.com
                   nnanfelt@kellerrohrback.com

                ***Attorneys for Plaintiff***

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDINGS - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Case 2:22-cv-00759-JCC   Document 2   Filed 06/06/22   Page 3 of 3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2022, I caused the filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated: June 6, 2022        *s/ Laura R. Gerber*
                           Laura R. Gerber

PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDINGS  - 3

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384