**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| LUKE HARTSOCK, individually and on behalf of all other similarly situated persons,<br><br>                              Plaintiff,<br><br>     v.<br><br>WELLS FARGO & COMPANY; WELLS FARGO BANK, N.A.; and EARLY WARNING SERVICES, LLC d/b/a ZELLE,<br><br>                              Defendants. | No. 2-22-cv-00759-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Luke Hartsock voluntarily dismisses, without prejudice, his claims asserted in the above-captioned action.

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 1

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1  RESPECTFULLY SUBMITTED this 28th day of June 2022.

KELLER ROHRBACK L.L.P.

By: *s/ Laura R. Gerber*
By: *s/ Nathan L. Nanfelt*
    Laura R. Gerber, WSBA No. 34981
    Nathan L. Nanfelt, WSBA No. 45273
    1201 Third Avenue, Suite 3200
    Seattle, WA 98101
    Phone: (206) 623-1900
    lgerber@kellerrohrback.com
    nnanfelt@kellerrohrback.com

***Attorneys for Plaintiff***

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE - 2

**KELLER ROHRBACK L.L.P.**
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384